**No. 54609.**—Schlumberger Well Surveying Corp. *v.* United States, protests 141989–K, etc. (Galveston).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the galvanometers and parts thereof are similar in all material respects to the gradiometers, gravitymeters, and vertical field balances the subject of *Asiatic Petroleum Corp.* v. *United States* (19 Cust. Ct. 3, C. D. 1058), *American Askania Corp.* v. *United States* (20 id. 302, Abstract 52267), and *American Askania Corporation* v.

*United States* (21 id. 26, C. D. 1121), respectively, the claim of the plaintiff was sustained.